IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **09-cv-2693-AP**

**LESLEY IANNONE,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

---

### MINUTE ORDER

Judge John L. Kane **ORDERS**

This matter is before the court on Plaintiff, Lesley Iannone's letter (Doc. #8), filed December 3, 2009, regarding legal representation and preparation of paperwork. That motion will be treated as a motion to reconsider this court's December 1, 2009 Minute Order which explained there are no provisions nor court funding for providing social security claimants with free counsel. There being no grounds to reconsider that Minute Order, the Motion for Reconsideration is **DENIED**.

---

Dated: January 15, 2010