IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-2693-AP**

**LESLEY IANNONE,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER OF DISMISSAL

**KANE, J. ORDERS**

On March 9, 2010, this Court entered an Order to Show Cause (doc. #10) asking Plaintiff to show cause, if any, in writing why service was not made within 120 days. Plaintiff was given until March 24, 2010 to respond. To date, no such response has been received. It is, therefore

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

DATED at Denver, Colorado this 25th day of March, 2010.

                              BY THE COURT:

                              *s/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT